JOHN H. FOGLESONG, Respondent, v. MODERN BROTHERHOOD OF AMERICA, Appellant.

Kansas City Court of Appeals, March 2, 1908.

INDEMNITY INSURANCE: Construction of Policy: Total Disability: Jury. Case affirmed on the former opinion in the same case, 121 Mo. App. 548.

Appeal from Schuyler Circuit Court.—*Hon. Nat. M. Shelton,* Judge.

AFFIRMED.

*Higbee & Mills* and *Ball & Sparrow* for appellant.

*Earle E. Fogle, Claude C. Fogle, Morris & Mills* and *C. C. Fogle* for respondent.

JOHNSON, J.—This case was here on a former appeal prosecuted by defendant and the judgment was reversed and the cause remanded on account of an erroneous ruling on a question of evidence. [121 Mo. App. 548.] At the second trial, plaintiff again prevailed and defendant again has appealed. We very fully covered the case in its various aspects in our former opinion and find from a close inspection of the record that it was retried in substantial conformity with the views expressed. Many points are urged for a reversal of the judgment but none of them is well taken.

The judgment is affirmed. All concur.